Argued and submitted January 7, affirmed July 12, 2000

JULIAN W. REED,
*Appellant,*

*v.*

Dan JOHNSON,
Superintendent,
Snake River Correctional Institution,
*Respondent.*

(98-06-29790-M; CA A104239)

7 P3d 734

Bob Pangburn argued the cause and filed the brief for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Rolf C. Moan, Assistant Attorney General, filed the brief for respondent.

Before De Muniz, Presiding Judge, and Haselton and Wollheim, Judges.

PER CURIAM

Affirmed. *Bacote v. Johnson*, 169 Or App 44, 7 P3d 729 (2000).

Wollheim, J., dissenting.

**WOLLHEIM, J.,** dissenting.

I dissent for the reasons stated in my dissent in *Bacote v. Johnson,* 169 Or App 44, 7 P3d 729 (2000) (Wollheim, J., dissenting). *See also Antunez v. Lampert,* 169 Or App 196, 7 P3d 735 (2000) (Wollheim, J., concurring).